James R. GREEN, Plaintiff–Appellant,

v.

**INTERNATIONAL BUSINESS MACHINES CORP.,** Defendant–Appellee.

**Docket No. 01–7847.**

United States Court of Appeals, Second Circuit.

April 11, 2002.

James R. Green, Poughkeepsie, NY, pro se.

John Houston Pope, Hogan & Hartson, N.Y., NY, for Appellee.

Present NEWMAN, KEARSE, and LEVAL, Circuit Judges.

### SUMMARY ORDER

This cause came on to be heard on the record from the United States District Court for the Southern District of New York, and was submitted by plaintiff *pro se* and by counsel for defendant.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed sub-

**8**

stantially for the reasons stated in Judge McMahon's Decision and Order Granting Defendant's Motion To Dismiss, dated June 22, 2001.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.